AO 2451 (Rev. 3/01) Judgment in a Criminal Case for a Petty Offense
Sheet 1

# UNITED STATES DISTRICT COURT

District of     Colorado

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| V. | (For a Petty Offense) |
| BRITNI F. SCHNEIDER | CASE NUMBER: 14-po-00088-GPG |
| | Daniel Shaffer |
| | Defendant's Attorney |

**THE DEFENDANT:**

- ■ **THE DEFENDANT** pleaded ■ guilty   ☐ nolo contendere to count(s)    Count I
- ☐ **THE DEFENDANT** was found guilty on count(s) _____

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
| --- | --- | --- | --- |
| 36 C.F.R.§261.54(d) C.R.S.42-2-138(1)(a) | Driving while license revoked | 10/21/2014 | I |

The defendant is sentenced as provided in pages 2 through _____ of this judgment.

- ☐ **THE DEFENDANT** was found not guilty on count(s) _____
- ☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec.: _____

Defendant's Date of _____

Defendant's USM No.: _____

Defendant's Residence Address:

_____
_____
_____

Defendant's Mailing Address:

_____
_____

05/12/2015
Date of Imposition of Judgment

_[signature]_
Signature of Judicial Officer

Gordon P. Gallagher Magistrate Judge
Name and Title of Judicial Officer

05/13/2015
Date

AO 2451    (Rev. 3/01) Judgment in a Criminal Case for a Petty Offense
            Sheet 3 — Criminal Monetary Penalties

Judgment — Page _____ of _____

DEFENDANT:        BRITNI F. SCHNEIDER
CASE NUMBER:      14-po-00088-GPG

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 3, Part B.

|        | **Assessment** | **Fine** | **Restitution** |
|--------|----------------|----------|-----------------|
| TOTALS | $ 10.00        | $ 0      | $ NA            |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| **Name of Payee** | *****Total Amount of Loss** | **Amount of Restitution Ordered** | **Priority Order or Percentage of Payment** |
|-------------------|-----------------------------|-----------------------------------|---------------------------------------------|
|                   |                             |                                   |                                             |
| TOTALS            | $                           | $                                 |                                             |

☐ If applicable, restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 3, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

   ☐ the interest requirement is waived for the    ☐ fine and/or    ☐ restitution.

   ☐ the interest requirement for the    ☐ fine and/or    ☐ restitution is modified as follows:

---

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 2451 (Rev. 3/01) Judgment in a Criminal Case for a Petty Offense
Sheet 4 — Criminal Monetary Penalties

Judgment — Page _____ of _____

DEFENDANT: BRITNI F. SCHNEIDER
CASE NUMBER: 14-po-00088-GPG

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  ■  Lump sum payment of $ __10.00__ due immediately, balance due

☐ not later than _____, or
☐ in accordance with  ☐ C,  ☐ D, or  ☐ E below; or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ E below); or

C  ☐  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant Name, Case Number, and Joint and Several Amount:

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245I (Rev. 3/01) Judgment in a Criminal Case for a Petty Offense
Sheet 5A — Probation Supervision

Judgment — Page _____ of _____

DEFENDANT: BRITNI F. SCHNEIDER
CASE NUMBER: 14-po-00088-GPG

## SPECIAL CONDITIONS OF SUPERVISION

Defendant NOT placed on probation.

*Defendant to complete 8 hours of Community Service and file proof with this court within 60 days.